**Order entered October 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00998-CV

## IN RE SIGHTLINE SEARCH, INC., JOHN C. EDWARDS, AND ANTOINETTE H. EDWARDS, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16090**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DISMISS WITH PREJUDICE** relators'

August 22, 2019 petition for writ of mandamus and emergency motion to stay TCPA discovery

order.

/s/    KEN MOLBERG
        JUSTICE